UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NISON YUSUPOV,

       Plaintiff,

      **ORDER**
  -against-      16-CV-5578 (LDH) (RML)

MASADA II CAR & LIMO SERVICE, INC.,
and GENYA SHTIVELMAN,

       Defendant.

-----------------------------------------------------------------x

LASHANN DEARCY HALL, United States District Judge:

  On November 6, 2017, United States Magistrate Judge Robert M. Levy issued a Report and Recommendation recommending that this Court dismiss the instant action with prejudice for failure to prosecute. The parties were given until November 20, 2017, to file objections to the Report and Recommendation. To date, no objections have been filed. The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Levy's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

Dated: Brooklyn, New York
   January 3, 2018

            SO ORDERED:

            s/ LaShann DeArcy Hall
            _____
            LASHANN DEARCY HALL
            United States District Judge